Johnson *v.* Hardman Rubber Co.        *72 Eq.*

In the matter of the estate of FREDERICK W. FLAACKE, deceased.

[Argued March 21st, 1907.   Decided June 17th, 1907.]

*For reversal*—None.

---

CYRIL JOHNSON, respondent,

*v.*

HARDMAN RUBBER COMPANY, appellant.

[Argued March 21st, 1907.   Decided June 17th, 1907.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens.

2 *Buch.* Helmuth *v.* Helmuth.

*Messrs. Coult & Smith,* for the appellant.

*Mr. Chauncey G. Parker,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set out in the opinion of Vice-Chancellor Stevens, delivered in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.